UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AUSTIN TINSMAN,**<br><br>    Plaintiff,<br><br>v.<br><br>**MITRA QSR HOLDINGS, LLC, ET AL.,**<br><br>    Defendants. | **Case No. 2:19-cv-04684** |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Austin Tinsman and Defendants Kentucky Fried Chicken ("KFC"), Yum! Brands, Inc. ("Yum!"), KFC U.S. Properties, Inc. ("KFCUSP"), Mitra QSR Holdings, LLC, Mitra QSR KNE, LLC, Sophia Grant, and Kamran Kahn, by and through their respective counsel, jointly stipulate and agree that KFC, Yum!, and KFCUSP, collectively and individually, are hereby dismissed from this action without prejudice, each party to bear their own costs and fees. The Parties further agree that the Motion to Dismiss the Amended Complaint filed by KFC, Yum!, and KFCUSP (Dkt. No. 22) is withdrawn as moot.

[signatures on following page]

6527907v.1

Respectfully submitted this 13th day of February, 2020

/s/ Robert P. Floyd, III
Robert P. Floyd, III (PA Bar No. 73241)
**CONSTANGY BROOKS, SMITH,**
**& PROPHETE, LLP**
12500 Fair Lakes Circle, Suite 300
Fairfax, Virginia 22033
Telephone: (571) 522-6100
Facsimile: (571) 522-6101
Email: rfloyd@constangy.com

*Counsel for Kentucky Fried Chicken, Yum!*
*Brands, Inc., and KFC U.S. Properties, Inc.*

/s/ Lawrence Peikes (with permission)
Lawrence Peikes (*pro hac vice*)
lpeikes@wiggin.com
Jacob A. Sand (I.D. No. 311568)
jsand@wiggin.com
**WIGGIN AND DANA LLP**
50 S. 16th Street
Two Liberty Place, Suite 2925
Philadelphia, PA  19102

*Attorneys for Defendants, Mitra QSR*
*Holdings, LLC; Mitra QSR KNE, LLC;*
*Sophia Grant, and Kamran Kahn*

/s/ Seth D. Carson (with permission)
Seth D. Carson, Esq.
**DEREK SMITH LAW GROUP, PLLC**
1835 Market Street, Suite 2950
Philadelphia, PA 19103
Phone: 215.391.4790
Email: Seth@dereksmithlaw.com

*Counsel for Austin Tinsman*

6527907v.1

## CERTIFICATE OF SERVICE

I certify that on the 13th day of February, 2020, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record.

/s/ Robert P. Floyd, III
Robert P. Floyd, III (PA Bar No. 73241)
**CONSTANGY BROOKS, SMITH,
& PROPHETE, LLP**
12500 Fair Lakes Circle, Suite 300
Fairfax, Virginia 22033
Telephone: (571) 522-6100
Facsimile:  (571) 522-6101
Email:  rfloyd@constangy.com

**COUNSEL FOR THE KFC DEFENDANTS**